**Paul E. LEPKOWSKI, Petitioner—Appellant,**

v.

**Rosie B. GARCIA, Warden, Respondent—Appellee.**

No. 02–56006.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Dec. 5, 2005.

Paul E. Lepkowski, Imperial, CA, pro se.

Chung L. Mar, Esq., AGCA—Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

California state prisoner Paul E. Lepkowski appeals pro se the district court's judgment denying his 28 U.S.C. § 2254 petition challenging his conviction for three counts of second degree robbery. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Lepkowski contends that the prosecutor committed misconduct when his law clerk allegedly coached a prosecution witness. We disagree. Even if the statements amounted to misconduct, Lepkowski failed to show that the misconduct "so infected the trial with unfairness as to make the resulting conviction a denial of due process." *See Darden v. Wainwright,* 477 U.S. 168, 181, 106 S.Ct. 2464, 91 L.Ed.2d 144 (1986). Therefore, the state court's adjudication was not contrary to or an unreasonable application of controlling federal law. *See Delgado v. Lewis,* 223 F.3d 976, 979–82 (9th Cir.2000).

To the extent that Lepkowski's brief raises uncertified issues, we construe his arguments as a motion to expand the certificate of appealability, and we deny the motion. *See Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam); 9th Cir. R. 22–1(e).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.